TERRY E. SANCHEZ (State Bar No. 101318)
  *terry.sanchez@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PAZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>DELTA AIR LINES, INC., a Delaware Corporation; MARIO PINA; PEPE JAUREGUI; GABBY GROSS; MIKE CRIBBINS; MIKE GALLOWAY; DAVID BORG; and DOES 1 through 100, Inclusive<br><br>        Defendants. | CASE NO. CV04-5683-RSWL (SHx)<br><br>[~~PROPOSED~~] ORDER TO DISMISS CASE WITH PREJUDICE |

///
///
///
///
///
///
///
///
///

8939373.1

GOOD CAUSE HAVING BEEN SHOWN:

1. The complaint in *Paz v. Delta Air Lines, Inc.* pending before the United States District Court, Central District, Case No. CV04-5683-RSWL (SHx) be dismissed with prejudice; and

2. There is no prevailing party, all costs and attorneys fees are to be borne by the respective parties who incurred such fees and costs.

IT IS SO ORDERED.


DATED: October 5, 2009

By  / S /
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge